IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK and CHARLENE ADAMSON,          )<br> Administrators of the Estate of Timothy    )<br>Adamson,                                                      )<br>    Plaintiffs,                                              )<br>        vs.                                                 )<br>                                                                   )<br>PATENT CONSTRUCTION SYSTEMS;       )<br>SCRUBGRASS GENERATING CO., L.P.;    )<br>JOHN DOE GENERAL CONTRACTING;     )<br>JANE DOE SUBCONTRACTING;                )<br>    Defendants.                                            ) | Civil Action No. 05-1053<br>Judge Terrence F. McVerry<br><br>Magistrate Judge Lisa P. Lenihan |

<u>MEMORANDUM ORDER</u>

       Plaintiff's Complaint was received by the Clerk of Court on July 29, 2005, and was subsequently referred to United States Magistrate Judge Lisa Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates

       The Magistrate Judge's Report and Recommendation (Doc. No. 22), filed on January 13, 2006, recommended that Defendant Patent Construction Systems' Motion to Dismiss (Doc. No. 7) be granted. Service was made on all counsel of record. No objections to the Report and Recommendation were filed. After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 2nd day of February, 2006:

**IT IS HEREBY ORDERED** that the above-named Defendant's Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated January 13, 2006, is adopted as the Opinion of the Court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge


cc:    Francis M. Moore, Jr. Esq.
Peter J. Mansmann, Esq.
Email: Frank@mansmann-moore.com

Anthony J. Rash, Esq.
Email: arash@dmclaw.com

Jerry S. Eisenberg
Email: jerry.eisenberg@aig.com